IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Patel, Parshottam B | Case Number: 05 B 26930 |
|---|---|---|
| | Patel, Savitriben P | Judge: Wedoff, Eugene R |
| | Printed: 5/27/08 | Filed: 7/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 23, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,732.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,272.48 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 359.52 |
| Other Funds: | | 0.00 |
| Totals: | 6,732.00 | 6,732.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Kenneth J Chapman | Administrative | 2,100.00 | 2,100.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 178.46 | 319.14 |
| 5. | ECast Settlement Corp | Unsecured | 121.39 | 217.18 |
| 6. | ECast Settlement Corp | Unsecured | 41.68 | 74.55 |
| 7. | American Express Centurion | Unsecured | 551.49 | 986.46 |
| 8. | ECast Settlement Corp | Unsecured | 154.42 | 276.15 |
| 9. | RoundUp Funding LLC | Unsecured | 17.61 | 31.50 |
| 10. | Resurgent Capital Services | Unsecured | 306.35 | 547.98 |
| 11. | Portfolio Recovery Associates | Unsecured | 103.44 | 184.99 |
| 12. | Resurgent Capital Services | Unsecured | 448.26 | 801.81 |
| 13. | ECast Settlement Corp | Unsecured | 323.52 | 578.68 |
| 14. | Resurgent Capital Services | Unsecured | 52.06 | 93.14 |
| 15. | Wells Fargo Financial | Unsecured | 89.95 | 160.90 |
| 16. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 17. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 18. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 19. | CitiFinancial Auto Credit Inc | Unsecured | | No Claim Filed |
| 20. | North Suburban Cardiology Group | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | Sam's Club | Unsecured | | No Claim Filed |
| | | | $ 4,488.63 | $ 6,372.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Patel, Parshottam B
Patel, Savitriben P
Printed: 5/27/08

Case Number: 05 B 26930
Judge: Wedoff, Eugene R
Filed: 7/6/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 94.87 |
| 5% | 13.72 |
| 4.8% | 28.29 |
| 5.4% | 222.64 |
| | _____ |
| | $ 359.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

